Case 5:05-cv-00933-ODW-JC Document 24 Filed 09/12/08 Page 1 of 2 Page ID #:63

Priority ✓
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___



FILED
CLERK, U.S. DISTRICT COURT

SEP 1 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA VIVIAN,<br><br>    Petitioner,<br><br>    v.<br><br>DAWN DAVISON, Warden,<br><br>    Respondent. | Case No. EDCV 05-933 ODW(JC)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), and all of the records herein, including the Report and Recommendation of United States Magistrate Judge ("Report and Recommendation") and petitioner's objections to the Report and Recommendation ("Objections"). The Court has further made a de novo determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and adopts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.[1]

---

[1] After the Magistrate Judge issued the Report and Recommendation, the California Supreme Court issued parole-related decisions in In re Lawrence, 2008 WL 3863606 (Aug. 21, 2008) and In re Shaputis, 2008 WL 3863608 (Aug. 21, 2008). Such opinions do not alter this Court's conclusion that the denial of habeas relief is appropriate in this case. More specifically,
(continued...)

IT IS HEREBY ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on counsel for petitioner and respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: September 12, 2008

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

---

[1](...continued) such decisions do not alter this Court's conclusions that petitioner was not deprived of due process and that the California State courts' determination that some evidence supports the Board of Prison Terms' finding that petitioner's release on parole would unreasonably endanger the public, is not contrary to, or an unreasonable application of, clearly established federal law, and is not based on an unreasonable determination of the facts in light of the evidence presented.